# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Harrisburg Area Community College, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 654 C.D. 2019 |
| | : | |
| Pennsylvania Human Relations Commission, | : | |
| Respondent | : | |

**PER CURIAM**            **O R D E R**


NOW, January 6, 2021, upon consideration of Respondent's application for reargument, and Petitioner's answer in response thereto, the application is denied.